55 A.3d 1043

**In re Nelson SOTO (JB–5438), Petitioner**

v.

**PHILADELPHIA ADULT PROBATION & PAROLE DEPART- MENT; Linda Kelly, PA Attorney General; Danial [sic] Burns, Superintendent SCI Pittsburgh, Pa. Dep't of Corrections; Anne B. Taylor, Assistant City Solicitor's Office, Respondents.**

**No. 129 EM 2012.**

Supreme Court of Pennsylvania.

Oct. 4, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of October, 2012, the "Application by Way of Petition for King's Bench Relief and Supersedeas,"

Application for Appointment of Counsel, and the Request for an Immediate Injunction" are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward these filings to counsel of record.